John & Desiree Garcia-Modified Loan

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  6.250 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 01/01/2009 | 132,598.78 | 1 | | |
| 2 | Payment | 02/01/2009 | 959.85 | 244 | Monthly | 05/01/2029 |
| 3 | Payment | 06/01/2029 | 678.61 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/01/2009 | | | | 132,598.78 |
| 1 | 02/01/2009 | 959.85 | 690.62 | 269.23 | 132,329.55 |
| 2 | 03/01/2009 | 959.85 | 689.22 | 270.63 | 132,058.92 |
| 3 | 04/01/2009 | 959.85 | 687.81 | 272.04 | 131,786.88 |
| 4 | 05/01/2009 | 959.85 | 686.39 | 273.46 | 131,513.42 |
| 5 | 06/01/2009 | 959.85 | 684.97 | 274.88 | 131,238.54 |
| 6 | 07/01/2009 | 959.85 | 683.53 | 276.32 | 130,962.22 |
| 7 | 08/01/2009 | 959.85 | 682.09 | 277.76 | 130,684.46 |
| 8 | 09/01/2009 | 959.85 | 680.65 | 279.20 | 130,405.26 |
| 9 | 10/01/2009 | 959.85 | 679.19 | 280.66 | 130,124.60 |
| 10 | 11/01/2009 | 959.85 | 677.73 | 282.12 | 129,842.48 |
| 11 | 12/01/2009 | 959.85 | 676.26 | 283.59 | 129,558.89 |
| 2009 Totals | | 10,558.35 | 7,518.46 | 3,039.89 | |
| 12 | 01/01/2010 | 959.85 | 674.79 | 285.06 | 129,273.83 |
| 13 | 02/01/2010 | 959.85 | 673.30 | 286.55 | 128,987.28 |
| 14 | 03/01/2010 | 959.85 | 671.81 | 288.04 | 128,699.24 |
| 15 | 04/01/2010 | 959.85 | 670.31 | 289.54 | 128,409.70 |
| 16 | 05/01/2010 | 959.85 | 668.80 | 291.05 | 128,118.65 |
| 17 | 06/01/2010 | 959.85 | 667.28 | 292.57 | 127,826.08 |
| 18 | 07/01/2010 | 959.85 | 665.76 | 294.09 | 127,531.99 |
| 19 | 08/01/2010 | 959.85 | 664.23 | 295.62 | 127,236.37 |
| 20 | 09/01/2010 | 959.85 | 662.69 | 297.16 | 126,939.21 |
| 21 | 10/01/2010 | 959.85 | 661.14 | 298.71 | 126,640.50 |
| 22 | 11/01/2010 | 959.85 | 659.59 | 300.26 | 126,340.24 |
| 23 | 12/01/2010 | 959.85 | 658.02 | 301.83 | 126,038.41 |
| 2010 Totals | | 11,518.20 | 7,997.72 | 3,520.48 | |
| 24 | 01/01/2011 | 959.85 | 656.45 | 303.40 | 125,735.01 |
| 25 | 02/01/2011 | 959.85 | 654.87 | 304.98 | 125,430.03 |
| 26 | 03/01/2011 | 959.85 | 653.28 | 306.57 | 125,123.46 |
| 27 | 04/01/2011 | 959.85 | 651.68 | 308.17 | 124,815.29 |
| 28 | 05/01/2011 | 959.85 | 650.08 | 309.77 | 124,505.52 |
| 29 | 06/01/2011 | 959.85 | 648.47 | 311.38 | 124,194.14 |
| 30 | 07/01/2011 | 959.85 | 646.84 | 313.01 | 123,881.13 |



DEBTOR EXHIBIT

John & Desiree Garcia-Modified Loan

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 31 | 08/01/2011 | 959.85 | 645.21 | 314.64 | 123,566.49 |
| 32 | 09/01/2011 | 959.85 | 643.58 | 316.27 | 123,250.22 |
| 33 | 10/01/2011 | 959.85 | 641.93 | 317.92 | 122,932.30 |
| 34 | 11/01/2011 | 959.85 | 640.27 | 319.58 | 122,612.72 |
| 35 | 12/01/2011 | 959.85 | 638.61 | 321.24 | 122,291.48 |
| 2011 Totals | | 11,518.20 | 7,771.27 | 3,746.93 | |
| 36 | 01/01/2012 | 959.85 | 636.93 | 322.92 | 121,968.56 |
| 37 | 02/01/2012 | 959.85 | 635.25 | 324.60 | 121,643.96 |
| 38 | 03/01/2012 | 959.85 | 633.56 | 326.29 | 121,317.67 |
| 39 | 04/01/2012 | 959.85 | 631.86 | 327.99 | 120,989.68 |
| 40 | 05/01/2012 | 959.85 | 630.15 | 329.70 | 120,659.98 |
| 41 | 06/01/2012 | 959.85 | 628.44 | 331.41 | 120,328.57 |
| 42 | 07/01/2012 | 959.85 | 626.71 | 333.14 | 119,995.43 |
| 43 | 08/01/2012 | 959.85 | 624.98 | 334.87 | 119,660.56 |
| 44 | 09/01/2012 | 959.85 | 623.23 | 336.62 | 119,323.94 |
| 45 | 10/01/2012 | 959.85 | 621.48 | 338.37 | 118,985.57 |
| 46 | 11/01/2012 | 959.85 | 619.72 | 340.13 | 118,645.44 |
| 47 | 12/01/2012 | 959.85 | 617.95 | 341.90 | 118,303.54 |
| 2012 Totals | | 11,518.20 | 7,530.26 | 3,987.94 | |
| 48 | 01/01/2013 | 959.85 | 616.16 | 343.69 | 117,959.85 |
| 49 | 02/01/2013 | 959.85 | 614.37 | 345.48 | 117,614.37 |
| 50 | 03/01/2013 | 959.85 | 612.57 | 347.28 | 117,267.09 |
| 51 | 04/01/2013 | 959.85 | 610.77 | 349.08 | 116,918.01 |
| 52 | 05/01/2013 | 959.85 | 608.95 | 350.90 | 116,567.11 |
| 53 | 06/01/2013 | 959.85 | 607.12 | 352.73 | 116,214.38 |
| 54 | 07/01/2013 | 959.85 | 605.28 | 354.57 | 115,859.81 |
| 55 | 08/01/2013 | 959.85 | 603.44 | 356.41 | 115,503.40 |
| 56 | 09/01/2013 | 959.85 | 601.58 | 358.27 | 115,145.13 |
| 57 | 10/01/2013 | 959.85 | 599.71 | 360.14 | 114,784.99 |
| 58 | 11/01/2013 | 959.85 | 597.84 | 362.01 | 114,422.98 |
| 59 | 12/01/2013 | 959.85 | 595.95 | 363.90 | 114,059.08 |
| 2013 Totals | | 11,518.20 | 7,273.74 | 4,244.46 | |
| 60 | 01/01/2014 | 959.85 | 594.06 | 365.79 | 113,693.29 |
| 61 | 02/01/2014 | 959.85 | 592.15 | 367.70 | 113,325.59 |
| 62 | 03/01/2014 | 959.85 | 590.24 | 369.61 | 112,955.98 |
| 63 | 04/01/2014 | 959.85 | 588.31 | 371.54 | 112,584.44 |
| 64 | 05/01/2014 | 959.85 | 586.38 | 373.47 | 112,210.97 |
| 65 | 06/01/2014 | 959.85 | 584.43 | 375.42 | 111,835.55 |
| 66 | 07/01/2014 | 959.85 | 582.48 | 377.37 | 111,458.18 |
| 67 | 08/01/2014 | 959.85 | 580.51 | 379.34 | 111,078.84 |
| 68 | 09/01/2014 | 959.85 | 578.54 | 381.31 | 110,697.53 |
| 69 | 10/01/2014 | 959.85 | 576.55 | 383.30 | 110,314.23 |
| 70 | 11/01/2014 | 959.85 | 574.55 | 385.30 | 109,928.93 |
| 71 | 12/01/2014 | 959.85 | 572.55 | 387.30 | 109,541.63 |
| 2014 Totals | | 11,518.20 | 7,000.75 | 4,517.45 | |

John & Desiree Garcia-Modified Loan

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 72 | 01/01/2015 | 959.85 | 570.53 | 389.32 | 109,152.31 |
| 73 | 02/01/2015 | 959.85 | 568.50 | 391.35 | 108,760.96 |
| 74 | 03/01/2015 | 959.85 | 566.46 | 393.39 | 108,367.57 |
| 75 | 04/01/2015 | 959.85 | 564.41 | 395.44 | 107,972.13 |
| 76 | 05/01/2015 | 959.85 | 562.35 | 397.50 | 107,574.63 |
| 77 | 06/01/2015 | 959.85 | 560.28 | 399.57 | 107,175.06 |
| 78 | 07/01/2015 | 959.85 | 558.20 | 401.65 | 106,773.41 |
| 79 | 08/01/2015 | 959.85 | 556.11 | 403.74 | 106,369.67 |
| 80 | 09/01/2015 | 959.85 | 554.01 | 405.84 | 105,963.83 |
| 81 | 10/01/2015 | 959.85 | 551.89 | 407.96 | 105,555.87 |
| 82 | 11/01/2015 | 959.85 | 549.77 | 410.08 | 105,145.79 |
| 83 | 12/01/2015 | 959.85 | 547.63 | 412.22 | 104,733.57 |
| 2015 Totals |  | 11,518.20 | 6,710.14 | 4,808.06 |  |
| 84 | 01/01/2016 | 959.85 | 545.49 | 414.36 | 104,319.21 |
| 85 | 02/01/2016 | 959.85 | 543.33 | 416.52 | 103,902.69 |
| 86 | 03/01/2016 | 959.85 | 541.16 | 418.69 | 103,484.00 |
| 87 | 04/01/2016 | 959.85 | 538.98 | 420.87 | 103,063.13 |
| 88 | 05/01/2016 | 959.85 | 536.79 | 423.06 | 102,640.07 |
| 89 | 06/01/2016 | 959.85 | 534.58 | 425.27 | 102,214.80 |
| 90 | 07/01/2016 | 959.85 | 532.37 | 427.48 | 101,787.32 |
| 91 | 08/01/2016 | 959.85 | 530.14 | 429.71 | 101,357.61 |
| 92 | 09/01/2016 | 959.85 | 527.90 | 431.95 | 100,925.66 |
| 93 | 10/01/2016 | 959.85 | 525.65 | 434.20 | 100,491.46 |
| 94 | 11/01/2016 | 959.85 | 523.39 | 436.46 | 100,055.00 |
| 95 | 12/01/2016 | 959.85 | 521.12 | 438.73 | 99,616.27 |
| 2016 Totals |  | 11,518.20 | 6,400.90 | 5,117.30 |  |
| 96 | 01/01/2017 | 959.85 | 518.83 | 441.02 | 99,175.25 |
| 97 | 02/01/2017 | 959.85 | 516.54 | 443.31 | 98,731.94 |
| 98 | 03/01/2017 | 959.85 | 514.23 | 445.62 | 98,286.32 |
| 99 | 04/01/2017 | 959.85 | 511.91 | 447.94 | 97,838.38 |
| 100 | 05/01/2017 | 959.85 | 509.57 | 450.28 | 97,388.10 |
| 101 | 06/01/2017 | 959.85 | 507.23 | 452.62 | 96,935.48 |
| 102 | 07/01/2017 | 959.85 | 504.87 | 454.98 | 96,480.50 |
| 103 | 08/01/2017 | 959.85 | 502.50 | 457.35 | 96,023.15 |
| 104 | 09/01/2017 | 959.85 | 500.12 | 459.73 | 95,563.42 |
| 105 | 10/01/2017 | 959.85 | 497.73 | 462.12 | 95,101.30 |
| 106 | 11/01/2017 | 959.85 | 495.32 | 464.53 | 94,636.77 |
| 107 | 12/01/2017 | 959.85 | 492.90 | 466.95 | 94,169.82 |
| 2017 Totals |  | 11,518.20 | 6,071.75 | 5,446.45 |  |
| 108 | 01/01/2018 | 959.85 | 490.47 | 469.38 | 93,700.44 |
| 109 | 02/01/2018 | 959.85 | 488.02 | 471.83 | 93,228.61 |
| 110 | 03/01/2018 | 959.85 | 485.57 | 474.28 | 92,754.33 |
| 111 | 04/01/2018 | 959.85 | 483.10 | 476.75 | 92,277.58 |
| 112 | 05/01/2018 | 959.85 | 480.61 | 479.24 | 91,798.34 |
| 113 | 06/01/2018 | 959.85 | 478.12 | 481.73 | 91,316.61 |
| 114 | 07/01/2018 | 959.85 | 475.61 | 484.24 | 90,832.37 |

John & Desiree Garcia-Modified Loan

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 115 | 08/01/2018 | 959.85 | 473.09 | 486.76 | 90,345.61 |
| 116 | 09/01/2018 | 959.85 | 470.55 | 489.30 | 89,856.31 |
| 117 | 10/01/2018 | 959.85 | 468.00 | 491.85 | 89,364.46 |
| 118 | 11/01/2018 | 959.85 | 465.44 | 494.41 | 88,870.05 |
| 119 | 12/01/2018 | 959.85 | 462.86 | 496.99 | 88,373.06 |
| 2018 Totals | | 11,518.20 | 5,721.44 | 5,796.76 | |
| 120 | 01/01/2019 | 959.85 | 460.28 | 499.57 | 87,873.49 |
| 121 | 02/01/2019 | 959.85 | 457.67 | 502.18 | 87,371.31 |
| 122 | 03/01/2019 | 959.85 | 455.06 | 504.79 | 86,866.52 |
| 123 | 04/01/2019 | 959.85 | 452.43 | 507.42 | 86,359.10 |
| 124 | 05/01/2019 | 959.85 | 449.79 | 510.06 | 85,849.04 |
| 125 | 06/01/2019 | 959.85 | 447.13 | 512.72 | 85,336.32 |
| 126 | 07/01/2019 | 959.85 | 444.46 | 515.39 | 84,820.93 |
| 127 | 08/01/2019 | 959.85 | 441.78 | 518.07 | 84,302.86 |
| 128 | 09/01/2019 | 959.85 | 439.08 | 520.77 | 83,782.09 |
| 129 | 10/01/2019 | 959.85 | 436.37 | 523.48 | 83,258.61 |
| 130 | 11/01/2019 | 959.85 | 433.64 | 526.21 | 82,732.40 |
| 131 | 12/01/2019 | 959.85 | 430.90 | 528.95 | 82,203.45 |
| 2019 Totals | | 11,518.20 | 5,348.59 | 6,169.61 | |
| 132 | 01/01/2020 | 959.85 | 428.14 | 531.71 | 81,671.74 |
| 133 | 02/01/2020 | 959.85 | 425.37 | 534.48 | 81,137.26 |
| 134 | 03/01/2020 | 959.85 | 422.59 | 537.26 | 80,600.00 |
| 135 | 04/01/2020 | 959.85 | 419.79 | 540.06 | 80,059.94 |
| 136 | 05/01/2020 | 959.85 | 416.98 | 542.87 | 79,517.07 |
| 137 | 06/01/2020 | 959.85 | 414.15 | 545.70 | 78,971.37 |
| 138 | 07/01/2020 | 959.85 | 411.31 | 548.54 | 78,422.83 |
| 139 | 08/01/2020 | 959.85 | 408.45 | 551.40 | 77,871.43 |
| 140 | 09/01/2020 | 959.85 | 405.58 | 554.27 | 77,317.16 |
| 141 | 10/01/2020 | 959.85 | 402.69 | 557.16 | 76,760.00 |
| 142 | 11/01/2020 | 959.85 | 399.79 | 560.06 | 76,199.94 |
| 143 | 12/01/2020 | 959.85 | 396.87 | 562.98 | 75,636.96 |
| 2020 Totals | | 11,518.20 | 4,951.71 | 6,566.49 | |
| 144 | 01/01/2021 | 959.85 | 393.94 | 565.91 | 75,071.05 |
| 145 | 02/01/2021 | 959.85 | 391.00 | 568.85 | 74,502.20 |
| 146 | 03/01/2021 | 959.85 | 388.03 | 571.82 | 73,930.38 |
| 147 | 04/01/2021 | 959.85 | 385.05 | 574.80 | 73,355.58 |
| 148 | 05/01/2021 | 959.85 | 382.06 | 577.79 | 72,777.79 |
| 149 | 06/01/2021 | 959.85 | 379.05 | 580.80 | 72,196.99 |
| 150 | 07/01/2021 | 959.85 | 376.03 | 583.82 | 71,613.17 |
| 151 | 08/01/2021 | 959.85 | 372.99 | 586.86 | 71,026.31 |
| 152 | 09/01/2021 | 959.85 | 369.93 | 589.92 | 70,436.39 |
| 153 | 10/01/2021 | 959.85 | 366.86 | 592.99 | 69,843.40 |
| 154 | 11/01/2021 | 959.85 | 363.77 | 596.08 | 69,247.32 |
| 155 | 12/01/2021 | 959.85 | 360.66 | 599.19 | 68,648.13 |
| 2021 Totals | | 11,518.20 | 4,529.37 | 6,988.83 | |

John & Desiree Garcia-Modified Loan

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 156 | 01/01/2022 | 959.85 | 357.54 | 602.31 | 68,045.82 |
| 157 | 02/01/2022 | 959.85 | 354.41 | 605.44 | 67,440.38 |
| 158 | 03/01/2022 | 959.85 | 351.25 | 608.60 | 66,831.78 |
| 159 | 04/01/2022 | 959.85 | 348.08 | 611.77 | 66,220.01 |
| 160 | 05/01/2022 | 959.85 | 344.90 | 614.95 | 65,605.06 |
| 161 | 06/01/2022 | 959.85 | 341.69 | 618.16 | 64,986.90 |
| 162 | 07/01/2022 | 959.85 | 338.47 | 621.38 | 64,365.52 |
| 163 | 08/01/2022 | 959.85 | 335.24 | 624.61 | 63,740.91 |
| 164 | 09/01/2022 | 959.85 | 331.98 | 627.87 | 63,113.04 |
| 165 | 10/01/2022 | 959.85 | 328.71 | 631.14 | 62,481.90 |
| 166 | 11/01/2022 | 959.85 | 325.43 | 634.42 | 61,847.48 |
| 167 | 12/01/2022 | 959.85 | 322.12 | 637.73 | 61,209.75 |
| 2022 Totals | | 11,518.20 | 4,079.82 | 7,438.38 | |
| 168 | 01/01/2023 | 959.85 | 318.80 | 641.05 | 60,568.70 |
| 169 | 02/01/2023 | 959.85 | 315.46 | 644.39 | 59,924.31 |
| 170 | 03/01/2023 | 959.85 | 312.11 | 647.74 | 59,276.57 |
| 171 | 04/01/2023 | 959.85 | 308.73 | 651.12 | 58,625.45 |
| 172 | 05/01/2023 | 959.85 | 305.34 | 654.51 | 57,970.94 |
| 173 | 06/01/2023 | 959.85 | 301.93 | 657.92 | 57,313.02 |
| 174 | 07/01/2023 | 959.85 | 298.51 | 661.34 | 56,651.68 |
| 175 | 08/01/2023 | 959.85 | 295.06 | 664.79 | 55,986.89 |
| 176 | 09/01/2023 | 959.85 | 291.60 | 668.25 | 55,318.64 |
| 177 | 10/01/2023 | 959.85 | 288.12 | 671.73 | 54,646.91 |
| 178 | 11/01/2023 | 959.85 | 284.62 | 675.23 | 53,971.68 |
| 179 | 12/01/2023 | 959.85 | 281.10 | 678.75 | 53,292.93 |
| 2023 Totals | | 11,518.20 | 3,601.38 | 7,916.82 | |
| 180 | 01/01/2024 | 959.85 | 277.57 | 682.28 | 52,610.65 |
| 181 | 02/01/2024 | 959.85 | 274.01 | 685.84 | 51,924.81 |
| 182 | 03/01/2024 | 959.85 | 270.44 | 689.41 | 51,235.40 |
| 183 | 04/01/2024 | 959.85 | 266.85 | 693.00 | 50,542.40 |
| 184 | 05/01/2024 | 959.85 | 263.24 | 696.61 | 49,845.79 |
| 185 | 06/01/2024 | 959.85 | 259.61 | 700.24 | 49,145.55 |
| 186 | 07/01/2024 | 959.85 | 255.97 | 703.88 | 48,441.67 |
| 187 | 08/01/2024 | 959.85 | 252.30 | 707.55 | 47,734.12 |
| 188 | 09/01/2024 | 959.85 | 248.62 | 711.23 | 47,022.89 |
| 189 | 10/01/2024 | 959.85 | 244.91 | 714.94 | 46,307.95 |
| 190 | 11/01/2024 | 959.85 | 241.19 | 718.66 | 45,589.29 |
| 191 | 12/01/2024 | 959.85 | 237.44 | 722.41 | 44,866.88 |
| 2024 Totals | | 11,518.20 | 3,092.15 | 8,426.05 | |
| 192 | 01/01/2025 | 959.85 | 233.68 | 726.17 | 44,140.71 |
| 193 | 02/01/2025 | 959.85 | 229.90 | 729.95 | 43,410.76 |
| 194 | 03/01/2025 | 959.85 | 226.10 | 733.75 | 42,677.01 |
| 195 | 04/01/2025 | 959.85 | 222.28 | 737.57 | 41,939.44 |
| 196 | 05/01/2025 | 959.85 | 218.43 | 741.42 | 41,198.02 |
| 197 | 06/01/2025 | 959.85 | 214.57 | 745.28 | 40,452.74 |
| 198 | 07/01/2025 | 959.85 | 210.69 | 749.16 | 39,703.58 |

John & Desiree Garcia-Modified Loan

|   | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 199 | 08/01/2025 | 959.85 | 206.79 | 753.06 | 38,950.52 |
| 200 | 09/01/2025 | 959.85 | 202.87 | 756.98 | 38,193.54 |
| 201 | 10/01/2025 | 959.85 | 198.92 | 760.93 | 37,432.61 |
| 202 | 11/01/2025 | 959.85 | 194.96 | 764.89 | 36,667.72 |
| 203 | 12/01/2025 | 959.85 | 190.98 | 768.87 | 35,898.85 |
| 2025 Totals | | 11,518.20 | 2,550.17 | 8,968.03 | |
| 204 | 01/01/2026 | 959.85 | 186.97 | 772.88 | 35,125.97 |
| 205 | 02/01/2026 | 959.85 | 182.95 | 776.90 | 34,349.07 |
| 206 | 03/01/2026 | 959.85 | 178.90 | 780.95 | 33,568.12 |
| 207 | 04/01/2026 | 959.85 | 174.83 | 785.02 | 32,783.10 |
| 208 | 05/01/2026 | 959.85 | 170.75 | 789.10 | 31,994.00 |
| 209 | 06/01/2026 | 959.85 | 166.64 | 793.21 | 31,200.79 |
| 210 | 07/01/2026 | 959.85 | 162.50 | 797.35 | 30,403.44 |
| 211 | 08/01/2026 | 959.85 | 158.35 | 801.50 | 29,601.94 |
| 212 | 09/01/2026 | 959.85 | 154.18 | 805.67 | 28,796.27 |
| 213 | 10/01/2026 | 959.85 | 149.98 | 809.87 | 27,986.40 |
| 214 | 11/01/2026 | 959.85 | 145.76 | 814.09 | 27,172.31 |
| 215 | 12/01/2026 | 959.85 | 141.52 | 818.33 | 26,353.98 |
| 2026 Totals | | 11,518.20 | 1,973.33 | 9,544.87 | |
| 216 | 01/01/2027 | 959.85 | 137.26 | 822.59 | 25,531.39 |
| 217 | 02/01/2027 | 959.85 | 132.98 | 826.87 | 24,704.52 |
| 218 | 03/01/2027 | 959.85 | 128.67 | 831.18 | 23,873.34 |
| 219 | 04/01/2027 | 959.85 | 124.34 | 835.51 | 23,037.83 |
| 220 | 05/01/2027 | 959.85 | 119.99 | 839.86 | 22,197.97 |
| 221 | 06/01/2027 | 959.85 | 115.61 | 844.24 | 21,353.73 |
| 222 | 07/01/2027 | 959.85 | 111.22 | 848.63 | 20,505.10 |
| 223 | 08/01/2027 | 959.85 | 106.80 | 853.05 | 19,652.05 |
| 224 | 09/01/2027 | 959.85 | 102.35 | 857.50 | 18,794.55 |
| 225 | 10/01/2027 | 959.85 | 97.89 | 861.96 | 17,932.59 |
| 226 | 11/01/2027 | 959.85 | 93.40 | 866.45 | 17,066.14 |
| 227 | 12/01/2027 | 959.85 | 88.89 | 870.96 | 16,195.18 |
| 2027 Totals | | 11,518.20 | 1,359.40 | 10,158.80 | |
| 228 | 01/01/2028 | 959.85 | 84.35 | 875.50 | 15,319.68 |
| 229 | 02/01/2028 | 959.85 | 79.79 | 880.06 | 14,439.62 |
| 230 | 03/01/2028 | 959.85 | 75.21 | 884.64 | 13,554.98 |
| 231 | 04/01/2028 | 959.85 | 70.60 | 889.25 | 12,665.73 |
| 232 | 05/01/2028 | 959.85 | 65.97 | 893.88 | 11,771.85 |
| 233 | 06/01/2028 | 959.85 | 61.31 | 898.54 | 10,873.31 |
| 234 | 07/01/2028 | 959.85 | 56.63 | 903.22 | 9,970.09 |
| 235 | 08/01/2028 | 959.85 | 51.93 | 907.92 | 9,062.17 |
| 236 | 09/01/2028 | 959.85 | 47.20 | 912.65 | 8,149.52 |
| 237 | 10/01/2028 | 959.85 | 42.45 | 917.40 | 7,232.12 |
| 238 | 11/01/2028 | 959.85 | 37.67 | 922.18 | 6,309.94 |
| 239 | 12/01/2028 | 959.85 | 32.86 | 926.99 | 5,382.95 |
| 2028 Totals | | 11,518.20 | 705.97 | 10,812.23 | |

John & Desiree Garcia-Modified Loan

| Date | | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 240 | 01/01/2029 | 959.85 | 28.04 | 931.81 | 4,451.14 |
| 241 | 02/01/2029 | 959.85 | 23.18 | 936.67 | 3,514.47 |
| 242 | 03/01/2029 | 959.85 | 18.30 | 941.55 | 2,572.92 |
| 243 | 04/01/2029 | 959.85 | 13.40 | 946.45 | 1,626.47 |
| 244 | 05/01/2029 | 959.85 | 8.47 | 951.38 | 675.09 |
| 245 | 06/01/2029 | 678.61 | 3.52 | 675.09 | 0.00 |
| 2029 Totals | | 5,477.86 | 94.91 | 5,382.95 | |
| | | | | | |
| Grand Totals | | 234,882.01 | 102,283.23 | 132,598.78 | |