John & Desiree Garcia-Modified Loan-Sch 2

Compound Period ......... : Monthly

Nominal Annual Rate .... : 6.250 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1  Loan | 01/01/2009 | 132,598.78 | 1 | | |
| 2  Payment | 02/01/2009 | 1,421.49 | 127 | Monthly | 08/01/2019 |
| 3  Payment | 09/01/2019 | 1,499.84 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/01/2009 | | | | 132,598.78 |
| 1 | 02/01/2009 | 1,421.49 | 690.62 | 730.87 | 131,867.91 |
| 2 | 03/01/2009 | 1,421.49 | 686.81 | 734.68 | 131,133.23 |
| 3 | 04/01/2009 | 1,421.49 | 682.99 | 738.50 | 130,394.73 |
| 4 | 05/01/2009 | 1,421.49 | 679.14 | 742.35 | 129,652.38 |
| 5 | 06/01/2009 | 1,421.49 | 675.27 | 746.22 | 128,906.16 |
| 6 | 07/01/2009 | 1,421.49 | 671.39 | 750.10 | 128,156.06 |
| 7 | 08/01/2009 | 1,421.49 | 667.48 | 754.01 | 127,402.05 |
| 8 | 09/01/2009 | 1,421.49 | 663.55 | 757.94 | 126,644.11 |
| 9 | 10/01/2009 | 1,421.49 | 659.60 | 761.89 | 125,882.22 |
| 10 | 11/01/2009 | 1,421.49 | 655.64 | 765.85 | 125,116.37 |
| 11 | 12/01/2009 | 1,421.49 | 651.65 | 769.84 | 124,346.53 |
| 2009 Totals | | 15,636.39 | 7,384.14 | 8,252.25 | |
| 12 | 01/01/2010 | 1,421.49 | 647.64 | 773.85 | 123,572.68 |
| 13 | 02/01/2010 | 1,421.49 | 643.61 | 777.88 | 122,794.80 |
| 14 | 03/01/2010 | 1,421.49 | 639.56 | 781.93 | 122,012.87 |
| 15 | 04/01/2010 | 1,421.49 | 635.48 | 786.01 | 121,226.86 |
| 16 | 05/01/2010 | 1,421.49 | 631.39 | 790.10 | 120,436.76 |
| 17 | 06/01/2010 | 1,421.49 | 627.27 | 794.22 | 119,642.54 |
| 18 | 07/01/2010 | 1,421.49 | 623.14 | 798.35 | 118,844.19 |
| 19 | 08/01/2010 | 1,421.49 | 618.98 | 802.51 | 118,041.68 |
| 20 | 09/01/2010 | 1,421.49 | 614.80 | 806.69 | 117,234.99 |
| 21 | 10/01/2010 | 1,421.49 | 610.60 | 810.89 | 116,424.10 |
| 22 | 11/01/2010 | 1,421.49 | 606.38 | 815.11 | 115,608.99 |
| 23 | 12/01/2010 | 1,421.49 | 602.13 | 819.36 | 114,789.63 |
| 2010 Totals | | 17,057.88 | 7,500.98 | 9,556.90 | |
| 24 | 01/01/2011 | 1,421.49 | 597.86 | 823.63 | 113,966.00 |
| 25 | 02/01/2011 | 1,421.49 | 593.57 | 827.92 | 113,138.08 |
| 26 | 03/01/2011 | 1,421.49 | 589.26 | 832.23 | 112,305.85 |
| 27 | 04/01/2011 | 1,421.49 | 584.93 | 836.56 | 111,469.29 |
| 28 | 05/01/2011 | 1,421.49 | 580.57 | 840.92 | 110,628.37 |
| 29 | 06/01/2011 | 1,421.49 | 576.19 | 845.30 | 109,783.07 |
| 30 | 07/01/2011 | 1,421.49 | 571.79 | 849.70 | 108,933.37 |

DEBTOR EXHIBIT
Blumberg No. 5197

John & Desiree Garcia-Modified Loan-Sch 2

|    | Date       | Payment   | Interest | Principal | Balance    |
|----|------------|-----------|----------|-----------|------------|
| 31 | 08/01/2011 | 1,421.49  | 567.36   | 854.13    | 108,079.24 |
| 32 | 09/01/2011 | 1,421.49  | 562.91   | 858.58    | 107,220.66 |
| 33 | 10/01/2011 | 1,421.49  | 558.44   | 863.05    | 106,357.61 |
| 34 | 11/01/2011 | 1,421.49  | 553.95   | 867.54    | 105,490.07 |
| 35 | 12/01/2011 | 1,421.49  | 549.43   | 872.06    | 104,618.01 |
| 2011 Totals | | 17,057.88 | 6,886.26 | 10,171.62 | |
| 36 | 01/01/2012 | 1,421.49  | 544.89   | 876.60    | 103,741.41 |
| 37 | 02/01/2012 | 1,421.49  | 540.32   | 881.17    | 102,860.24 |
| 38 | 03/01/2012 | 1,421.49  | 535.73   | 885.76    | 101,974.48 |
| 39 | 04/01/2012 | 1,421.49  | 531.12   | 890.37    | 101,084.11 |
| 40 | 05/01/2012 | 1,421.49  | 526.48   | 895.01    | 100,189.10 |
| 41 | 06/01/2012 | 1,421.49  | 521.82   | 899.67    | 99,289.43  |
| 42 | 07/01/2012 | 1,421.49  | 517.13   | 904.36    | 98,385.07  |
| 43 | 08/01/2012 | 1,421.49  | 512.42   | 909.07    | 97,476.00  |
| 44 | 09/01/2012 | 1,421.49  | 507.69   | 913.80    | 96,562.20  |
| 45 | 10/01/2012 | 1,421.49  | 502.93   | 918.56    | 95,643.64  |
| 46 | 11/01/2012 | 1,421.49  | 498.14   | 923.35    | 94,720.29  |
| 47 | 12/01/2012 | 1,421.49  | 493.33   | 928.16    | 93,792.13  |
| 2012 Totals | | 17,057.88 | 6,232.00 | 10,825.88 | |
| 48 | 01/01/2013 | 1,421.49  | 488.50   | 932.99    | 92,859.14  |
| 49 | 02/01/2013 | 1,421.49  | 483.64   | 937.85    | 91,921.29  |
| 50 | 03/01/2013 | 1,421.49  | 478.76   | 942.73    | 90,978.56  |
| 51 | 04/01/2013 | 1,421.49  | 473.85   | 947.64    | 90,030.92  |
| 52 | 05/01/2013 | 1,421.49  | 468.91   | 952.58    | 89,078.34  |
| 53 | 06/01/2013 | 1,421.49  | 463.95   | 957.54    | 88,120.80  |
| 54 | 07/01/2013 | 1,421.49  | 458.96   | 962.53    | 87,158.27  |
| 55 | 08/01/2013 | 1,421.49  | 453.95   | 967.54    | 86,190.73  |
| 56 | 09/01/2013 | 1,421.49  | 448.91   | 972.58    | 85,218.15  |
| 57 | 10/01/2013 | 1,421.49  | 443.84   | 977.65    | 84,240.50  |
| 58 | 11/01/2013 | 1,421.49  | 438.75   | 982.74    | 83,257.76  |
| 59 | 12/01/2013 | 1,421.49  | 433.63   | 987.86    | 82,269.90  |
| 2013 Totals | | 17,057.88 | 5,535.65 | 11,522.23 | |
| 60 | 01/01/2014 | 1,421.49  | 428.49   | 993.00    | 81,276.90  |
| 61 | 02/01/2014 | 1,421.49  | 423.32   | 998.17    | 80,278.73  |
| 62 | 03/01/2014 | 1,421.49  | 418.12   | 1,003.37  | 79,275.36  |
| 63 | 04/01/2014 | 1,421.49  | 412.89   | 1,008.60  | 78,266.76  |
| 64 | 05/01/2014 | 1,421.49  | 407.64   | 1,013.85  | 77,252.91  |
| 65 | 06/01/2014 | 1,421.49  | 402.36   | 1,019.13  | 76,233.78  |
| 66 | 07/01/2014 | 1,421.49  | 397.05   | 1,024.44  | 75,209.34  |
| 67 | 08/01/2014 | 1,421.49  | 391.72   | 1,029.77  | 74,179.57  |
| 68 | 09/01/2014 | 1,421.49  | 386.35   | 1,035.14  | 73,144.43  |
| 69 | 10/01/2014 | 1,421.49  | 380.96   | 1,040.53  | 72,103.90  |
| 70 | 11/01/2014 | 1,421.49  | 375.54   | 1,045.95  | 71,057.95  |
| 71 | 12/01/2014 | 1,421.49  | 370.09   | 1,051.40  | 70,006.55  |
| 2014 Totals | | 17,057.88 | 4,794.53 | 12,263.35 | |

John & Desiree Garcia-Modified Loan-Sch 2

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 72 | 01/01/2015 | 1,421.49 | 364.62 | 1,056.87 | 68,949.68 |
| 73 | 02/01/2015 | 1,421.49 | 359.11 | 1,062.38 | 67,887.30 |
| 74 | 03/01/2015 | 1,421.49 | 353.58 | 1,067.91 | 66,819.39 |
| 75 | 04/01/2015 | 1,421.49 | 348.02 | 1,073.47 | 65,745.92 |
| 76 | 05/01/2015 | 1,421.49 | 342.43 | 1,079.06 | 64,666.86 |
| 77 | 06/01/2015 | 1,421.49 | 336.81 | 1,084.68 | 63,582.18 |
| 78 | 07/01/2015 | 1,421.49 | 331.16 | 1,090.33 | 62,491.85 |
| 79 | 08/01/2015 | 1,421.49 | 325.48 | 1,096.01 | 61,395.84 |
| 80 | 09/01/2015 | 1,421.49 | 319.77 | 1,101.72 | 60,294.12 |
| 81 | 10/01/2015 | 1,421.49 | 314.03 | 1,107.46 | 59,186.66 |
| 82 | 11/01/2015 | 1,421.49 | 308.26 | 1,113.23 | 58,073.43 |
| 83 | 12/01/2015 | 1,421.49 | 302.47 | 1,119.02 | 56,954.41 |
| 2015 Totals | | 17,057.88 | 4,005.74 | 13,052.14 | |
| 84 | 01/01/2016 | 1,421.49 | 296.64 | 1,124.85 | 55,829.56 |
| 85 | 02/01/2016 | 1,421.49 | 290.78 | 1,130.71 | 54,698.85 |
| 86 | 03/01/2016 | 1,421.49 | 284.89 | 1,136.60 | 53,562.25 |
| 87 | 04/01/2016 | 1,421.49 | 278.97 | 1,142.52 | 52,419.73 |
| 88 | 05/01/2016 | 1,421.49 | 273.02 | 1,148.47 | 51,271.26 |
| 89 | 06/01/2016 | 1,421.49 | 267.04 | 1,154.45 | 50,116.81 |
| 90 | 07/01/2016 | 1,421.49 | 261.03 | 1,160.46 | 48,956.35 |
| 91 | 08/01/2016 | 1,421.49 | 254.98 | 1,166.51 | 47,789.84 |
| 92 | 09/01/2016 | 1,421.49 | 248.91 | 1,172.58 | 46,617.26 |
| 93 | 10/01/2016 | 1,421.49 | 242.80 | 1,178.69 | 45,438.57 |
| 94 | 11/01/2016 | 1,421.49 | 236.66 | 1,184.83 | 44,253.74 |
| 95 | 12/01/2016 | 1,421.49 | 230.49 | 1,191.00 | 43,062.74 |
| 2016 Totals | | 17,057.88 | 3,166.21 | 13,891.67 | |
| 96 | 01/01/2017 | 1,421.49 | 224.29 | 1,197.20 | 41,865.54 |
| 97 | 02/01/2017 | 1,421.49 | 218.05 | 1,203.44 | 40,662.10 |
| 98 | 03/01/2017 | 1,421.49 | 211.78 | 1,209.71 | 39,452.39 |
| 99 | 04/01/2017 | 1,421.49 | 205.48 | 1,216.01 | 38,236.38 |
| 100 | 05/01/2017 | 1,421.49 | 199.15 | 1,222.34 | 37,014.04 |
| 101 | 06/01/2017 | 1,421.49 | 192.78 | 1,228.71 | 35,785.33 |
| 102 | 07/01/2017 | 1,421.49 | 186.38 | 1,235.11 | 34,550.22 |
| 103 | 08/01/2017 | 1,421.49 | 179.95 | 1,241.54 | 33,308.68 |
| 104 | 09/01/2017 | 1,421.49 | 173.48 | 1,248.01 | 32,060.67 |
| 105 | 10/01/2017 | 1,421.49 | 166.98 | 1,254.51 | 30,806.16 |
| 106 | 11/01/2017 | 1,421.49 | 160.45 | 1,261.04 | 29,545.12 |
| 107 | 12/01/2017 | 1,421.49 | 153.88 | 1,267.61 | 28,277.51 |
| 2017 Totals | | 17,057.88 | 2,272.65 | 14,785.23 | |
| 108 | 01/01/2018 | 1,421.49 | 147.28 | 1,274.21 | 27,003.30 |
| 109 | 02/01/2018 | 1,421.49 | 140.64 | 1,280.85 | 25,722.45 |
| 110 | 03/01/2018 | 1,421.49 | 133.97 | 1,287.52 | 24,434.93 |
| 111 | 04/01/2018 | 1,421.49 | 127.27 | 1,294.22 | 23,140.71 |
| 112 | 05/01/2018 | 1,421.49 | 120.52 | 1,300.97 | 21,839.74 |
| 113 | 06/01/2018 | 1,421.49 | 113.75 | 1,307.74 | 20,532.00 |
| 114 | 07/01/2018 | 1,421.49 | 106.94 | 1,314.55 | 19,217.45 |

John & Desiree Garcia-Modified Loan-Sch 2

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 115 | 08/01/2018 | 1,421.49 | 100.09 | 1,321.40 | 17,896.05 |
| 116 | 09/01/2018 | 1,421.49 | 93.21 | 1,328.28 | 16,567.77 |
| 117 | 10/01/2018 | 1,421.49 | 86.29 | 1,335.20 | 15,232.57 |
| 118 | 11/01/2018 | 1,421.49 | 79.34 | 1,342.15 | 13,890.42 |
| 119 | 12/01/2018 | 1,421.49 | 72.35 | 1,349.14 | 12,541.28 |
| 2018 Totals | | 17,057.88 | 1,321.65 | 15,736.23 | |
| 120 | 01/01/2019 | 1,421.49 | 65.32 | 1,356.17 | 11,185.11 |
| 121 | 02/01/2019 | 1,421.49 | 58.26 | 1,363.23 | 9,821.88 |
| 122 | 03/01/2019 | 1,421.49 | 51.16 | 1,370.33 | 8,451.55 |
| 123 | 04/01/2019 | 1,421.49 | 44.02 | 1,377.47 | 7,074.08 |
| 124 | 05/01/2019 | 1,421.49 | 36.84 | 1,384.65 | 5,689.43 |
| 125 | 06/01/2019 | 1,421.49 | 29.63 | 1,391.86 | 4,297.57 |
| 126 | 07/01/2019 | 1,421.49 | 22.38 | 1,399.11 | 2,898.46 |
| 127 | 08/01/2019 | 1,421.49 | 15.10 | 1,406.39 | 1,492.07 |
| 128 | 09/01/2019 | 1,499.84 | 7.77 | 1,492.07 | 0.00 |
| 2019 Totals | | 12,871.76 | 330.48 | 12,541.28 | |
| Grand Totals | | 182,029.07 | 49,430.29 | 132,598.78 | |