*Office of the*
## United States Chapter 13 Trustee
*Cindy Boudloche, Trustee*

*555 N. Carancahua  Ste 600*                                                                 *Telephone (361) 883-5786*
*Corpus Christi, TX  78401-0823*                                                              *Fax (361) 888-4126*

BAC HOME LOANS SERVICING LP FKA            RE:  JOHN & DESIREE GARCIA
COUNTRYWIDE                                      Case Number:    09-20338-C-13
PTX B 209                                        Date Filed:     06/01/2009
7105 CORPORATE
PLANO, TX

Account Number:  4530  (last 4 digits)

### TRUSTEE'S PERIODIC REPORT TO DEBTOR AND MORTGAGE CLAIMANT AND NOTICE OF BAR DATE FOR ASSERTING CLAIM FOR POST-PETITION CHARGES ACCRUING ON RESIDENTIAL MORTGAGE

   Notice is hereby given pursuant to Southern District of Texas Local Rules that the Trustee has made the following post petition monthly mortgage payments to the above named mortgage claimant during the period from 7/1/2009 through 6/30/2010.

| Date | Amount |
|---|---|
| 11/19/2009 | $1,986.46 |
| 12/17/2009 | $1,986.44 |
| 03/18/2010 | $3,972.90 |
| | $7,945.80 |

CASE NO:   09-20338-C-13   JOHN & DESIREE GARCIA

If you are the creditor holding a claim described in this report, you have 60 days after the receipt to make a claim against the estate or the debtor for charges authorized by your agreement that arose within the period covered by the report.  A supplemental proof of claim for additional charges must clearly itemize and identify the charges asserted.  **Any such claim not filed within 60 days will be BARRED.**  Per local rules, late fees shall not apply to monthly post petition mortgage payments disbursed by the Trustee that are delayed by the administration of the case.  Any claim for post petition attorney fees must be presented to the Court for approval pursuant to Bankruptcy Rule 2016.

According to the Trustee's records, the current monthly mortgage payment is $1,986.45.  **Written notice of changes in the monthly payment must be provided to the Trustee, the debtor and Debtor's counsel 45 days prior to the effective date of the mortgage payment change.**

Respectfully Submitted: Tue, Jun 29, 2010

/s/   CINDY BOUDLOCHE

Cindy Boudloche
Chapter 13 Trustee

555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
Telephone (361) 883-5786
Fax (361) 888-4126

## CERTIFICATE OF SERVICE

I Certify that on or about Tue, Jun 29, 2010, a copy of the foregoing Trustee's' Periodic Report to Debtor and Mortgage Claimant and Notice of Bar Date for Asserting Claim for Post-Petition Charges Accruing on Residential Mortgage was delivered to BNC to be served electronically or by United States Mail to the  Debtors, Debtors' Counsel and by United States Mail to the parties noted below.

/s/   CINDY BOUDLOCHE
CINDY BOUDLOCHE, TRUSTEE

BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE
(Creditor)
PTX B 209
7105 CORPORATE
PLANO, TX

BARRETT DAFFIN FRAPPIER TURNER &   (Creditor Attorney)
ENGEL LLP
1900 ST JAMES PLACE STE 500
HOUSTON, TX  77056

BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME L   (Notice)
400 COUNTRYWIDE WAY
MAIL STOP SV 46
SIMI VALLEY, CA  93065

#303