**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  John A Garcia
      Desiree Garcia
      **Debtor(s)**

Case No.: 09–20338
Chapter:   13

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Cindy Boudloche is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/18/11

*[signature]*
RICHARD S. SCHMIDT
United States Bankruptcy Judge